IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 14–30–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| RAUL SANCHEZ-NUNEZ, | |
| Defendant. | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on July 22, 2014. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Raul Sanchez-Nunez's guilty

plea after Sanchez-Nunez appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to the charge of illegal reentry to the United States in violation of 18 U.S.C. § 1326(a) as set forth in the Indictment.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 24), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Raul Sanchez-Nunez's motion to change plea (Doc. 16) is GRANTED and Raul Sanchez-Nunez is adjudged guilty as charged in the Indictment.

DATED this 6th day of August, 2014.

Dana L. Christensen, Chief District Judge
United States District Court